No. 854. CHILDS, TRUSTEE IN BANKRUPTCY, *v.* EMPIRE TRUST Co. May 16, 1932. Petition for writ of

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses Cohen* for petitioner. *Messrs. Stuart McNamara* and *Leonard B. Smith* for respondent.